**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00840-LTB

BOARD OF TRUSTEES, SHEET METAL WORKERS' LOCAL 9 PENSION TRUST, and
BOARD OF TRUSTEES, COLORADO SHEET METAL WORKERS' LOCAL 9 FAMILY HEALTH PLAN, and
BOARD OF TRUSTEES, SHEET METAL WORKERS' LOCAL 9 VACATION FUND, and
BOARD OF TRUSTEES, SHEET METAL WORKERS' LOCAL 9 TRAINING FUND,

       Plaintiffs,

v.

MARIA CUSTOM SHEET METAL, INC.,

       Defendant.
_____

**ORDER**
_____

Upon Plaintiff's Reply to Verified Response in Opposition to Motion for Clerk to Enter Default (Doc 8 - filed August 10, 2007), it is

ORDERED that the default entered by the Clerk of the Court on July 20, 2007 (Doc 4) is set aside and the tendered Answer of Defendant submitted July 25, 2007 (Doc 6) is accepted for filing.

                          BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   August 15, 2007